JOSEPH P. HERSHBERGER V. CHARLES E. GIBSON *et al.*

No. 15,854.  (100 Pac. 1135.)

Error from Kiowa district court; GORDON L. FIN-
LEY, judge.  Opinion filed March 6, 1909.  Reversed.

*John Bailey,* and *George E. McMahon,* for plaintiff
in error.

*Clifford Histed, Charles Blood Smith,* and *Samuel
Barnum,* for defendants in error.

*Per Curiam:* The only question involved in this case is the
validity of a tax deed.  The court below held it invalid.  The
deed was issued and recorded more than five years before the be-
ginning of the action, and every objection raised against the
deed has been decided adversely by this court.  (*Robbins v.
Brower,* 74 Kan. 113, 85 Pac. 815; *Penrose v. Cooper,* 71 Kan.
725, 81 Pac. 489; *Gibson v. Trisler,* 73 Kan. 397, 85 Pac. 413;
*John v. Young,* 74 Kan. 865, 86 Pac. 295; *Kennedy v. Scott,* 72
Kan. 359, 83 Pac. 971; *Pierce v. Adams,* 77 Kan. 46, 93 Pac.
594; *Gibson v. Freeland,* 77 Kan. 450, 94 Pac. 782; *Ham v.
Booth,* 72 Kan. 429, 83 Pac. 24; *Trust Co. v. Davis,* 76 Kan. 639,
92 Pac. 707; *Havel v. Abstract Co.,* 76 Kan. 336, 91 Pac. 790.)
The judgment is therefore reversed, and the case is remanded
with instructions to hold the deed valid and to proceed accord-
ingly.